FILED

JUL 2 8 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **FILED UNDER SEAL** |
| | ) | |
| **v.** | ) | **No. 1:26-cr-** 66 |
| | ) | |
| **CHRISTOPHER MIKES** | ) | **Judge** McDonough |
| **also known as "C DANGEROUS"** | ) | |
| **also known as "BOOTLEG"** | ) | **Magistrate Judge** Steger |
| | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about April 10, 2025, in the Eastern District of Tennessee, the defendant **CHRISTOPHER MIKES, also known as "C DANGEROUS," also known as "BOOTLEG,"** did knowingly, intentionally, and without authority distribute 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT TWO

The Grand Jury further charges, that on or about April 15, 2026, in the Eastern District of Tennessee, the defendant, **CHRISTOPHER MIKES, also known as "C DANGEROUS," also known as "BOOTLEG,"** did knowingly possess a machinegun, in violation of Title 18, United States Code, Section 922(o).

### ***Forfeiture Allegations***

1) The allegations contained in Count One of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2) Pursuant to Title 21, United States Code, Section 853, upon conviction of an

offense in violation of Title 21, United States Code, Section 841, as set forth in Count One and of this Indictment, the defendant, **CHRISTOPHER MIKES, also known as "C DANGEROUS," also known as "BOOTLEG,"** shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including but not limited to the following:

> **Money Judgment:** A personal money judgment in the amount $3,400, against the defendant, and in favor of the United States, which represents proceeds the defendant personally obtained as a result of violation(s) of Title 21, United States Code, Section 841.

3) If any of the properties described above, because of any act or omission of the defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

[redacted]

FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: ______________________
Kevin T. Brown
Assistant United States Attorney